IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of CW Electrical, Inc., doing business as CW Electric,<br><br>Plaintiff,<br><br>v.<br><br>AMVETCO SOUZA, a Joint Venture between Amvetco Construction, Inc., and Souza Construction, Inc., a California corporation, SOUZA CONSTRUCTION, INC., a California corporation, AND TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | No. C 15-02229 WHA<br><br>**ORDER EXTENDING MEDIATION DEADLINE** |

The parties have filed a joint motion seeking to extend the deadline to complete mediation from **NOVEMBER 12** to **DECEMBER 18** (Dkt. No. 29).  The parties have conferred with the mediator and need more time in order to educate the mediator on the issues.  Good cause shown, the requested extension is hereby **GRANTED**.  The parties may not rely on this extension as the basis for seeking further extensions.

**IT IS SO ORDERED.**

Dated:  October 29, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE