AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

CW ELECTRICAL, INC. DBA CW ELECTRIC
                          Plaintiff (s),
           V.
AMVETCO SOUZA
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-02229

Notice is hereby given that, subject to approval by the court, __CW ELECTRICAL, INC.__ (Party (s) Name) substitutes

__MICHAEL I. WAYNE, ESQ.__ (Name of New Attorney), State Bar No. __169840__, as counsel of record in

place of __GIBBS, GIDEN, LOCHER, TURNER, SENET & WITTBRODT LLP__ (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    LAW OFFICES OF MICHAEL I. WAYNE
    Address:    149 S. BARRINGTON AVE., #143, LOS ANGELES, CA 90049
    Telephone:    (310) 926-6453    Facsimile
    E-Mail (Optional):    michaelwayne1@mac.com

I consent to the above substitution.
Date: 1-20-2016
                                                        Felix Wagoner, CEO
                                                        Dale Wagoner, Secretary
                                                        (Signature of Party (s))   Gibbs, Giden et al.

I consent to being substituted.
Date: 1/29/16
                                                         Gary E. Scalabrini
                                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/29/16
                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 8, 2016.
                                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]