IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of CW Electrical, Inc., doing business as CW Electric,<br><br>Plaintiff,<br><br>v.<br><br>AMVETCO SOUZA, a joint venture between Amvetco Construction, Inc., and Souza Construction, Inc., a California corporation, SOUZA CONSTRUCTION, INC., a California corporation, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | No. C 15-02229 WHA<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

The parties have filed a stipulated request to dismiss the action with prejudice (Dkt. No. 34). Pursuant to the parties' stipulation, this action is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE